UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW, | Case No.: 1:14-cv-01147 --- JLT |
| Plaintiff, | ORDER AFTER NOTICE OF SETTLEMENT |
| v. | (Doc. 12) |
| DEBRA EDMONDSON dba ZINGO'S CAFÉ, et al., | |
| Defendants. | |

On November 3, 2014, Plaintiff notified the Court that the parties had reached a settlement of the matter. (Doc. 12) Pursuant to Local Rule 160, **IT IS HEREBY ORDERED**:

1. The stipulated request for dismissal **SHALL** be filed no later than **December 3, 2014**;
2. In the stipulated dismissal, the parties **SHALL** indicate whether each consents to magistrate judge jurisdiction[1];
3. All pending dates, conferences and hearings are **VACATED** and any pending motions are ordered **TERMINATED**.

IT IS SO ORDERED.

Dated:   **November 4, 2014**          /s/ Jennifer L. Thurston
                                     UNITED STATES MAGISTRATE JUDGE

---

[1] If the parties choose to consent, there will not be a delay in evaluating the stipulation to dismiss because a Sacramento-based district judge will not need to be assigned to the action.