1  Tanya E. Moore, SBN 206683
   M<small>OORE</small> L<small>AW</small> F<small>IRM</small>, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Cecil Shaw
6

7

8               **UNITED STATES DISTRICT COURT**

9               **EASTERN DISTRICT OF CALIFORNIA**

10

11 | CECIL SHAW, | ) | No.  1:14-cv-01147 JLT |
   |---|---|---|
12 |            | ) | |
   | Plaintiff, | ) | **STIPULATION FOR DISMISSAL OF** |
13 | vs.        | ) | **ACTION; ORDER** |
   |            | ) | |
14 | DEBRA EDMONDSON dba ZINGO'S | ) | |
   | CAFE, et al., | ) | |
15 |            | ) | |
   |            | ) | |
16 | Defendants. | ) | |
17 |            | ) | |

1    IT IS HEREBY STIPULATED by and between Plaintiff Cecil Shaw and Defendants Debra Edmondson dba Zingo's Cafe and Michael J. Banducci, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

The Parties additionally hereby consent to jurisdiction of United States Magistrate Judge Jennifer L. Thurston for the limited purpose of dismissal of the action.

Date: December 4, 2014                    MOORE LAW FIRM, P.C.


                                          */s/ Tanya E. Moore*
                                          Tanya E. Moore
                                          Attorneys for Plaintiff
                                          Cecil Shaw

                                          VAUGHAN & ASSOCIATES


                                          */s/ Cris C. Vaughan*
                                          Cris C. Vaughan
                                          Attorneys for Defendants
                                          Debra Edmondson dba Zingo's Cafe and Michael J. Banducci


**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated:   **December 4, 2014**               **/s/ Jennifer L. Thurston**
                                          UNITED STATES MAGISTRATE JUDGE